IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **INGRID GREEN,** | : | Civil No. 3:21-CV-01462 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **SANOFI PASTEUR INC.,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 4th day of January 2022, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendant's motion to dismiss (Doc. 12) is DENIED without prejudice to renewal through a motion for summary judgment based upon a more fulsome factual record. IT IS FURTHER ORDERED that THE PARTIES ARE HEREBY INSTRUCTED to conduct targeted discovery to determine the date of receipt of the EEOC Dismissal and Notice of Rights within 60 days of this order, on or before **March 7, 2022**. If this discovery reveals renewed grounds for asserting the statute of limitations defense, the defendant should do so through a properly documented dispositive motion on or before **March 21, 2022**.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge